**Exhibit A to the Complaint**

**Location:** Cincinnati, OH  **IP Address:** 184.54.66.66
**Total Works Infringed:** 32  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6349F5E18CB10729D3E4A2B027C2ECD45BFD9068<br>File Hash:<br>6DAEB3C4C97B7103529BF4710B97598DB6D3D92A3FF5E91CCFB735DB3498615E | 05-28-2023 18:13:05 | Slayed | 11-29-2022 | 01-05-2023 | PA0002394013 |
| 2 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash:<br>AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-26-2023 12:53:54 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 3 | Info Hash: C5DB7207F7487D7B1235962DC9DAD5B576D7B0DB<br>File Hash:<br>0DC99F3D82B6E44E901F3257B30E0F96E1BA5E043E055A534A5147DCD4C5C6C5 | 05-22-2023 17:13:52 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 4 | Info Hash: 644942E65DA50895329ED620E91630FDD0652CDE<br>File Hash:<br>58D827A5186403BA0416915F6DBF0D5C7AC8AF4B92747D101EF18212A388F5DB | 05-15-2023 02:56:18 | Slayed | 11-15-2022 | 01-06-2023 | PA0002393655 |
| 5 | Info Hash: 8E81D7506E82523E99FC74A4714A1C7092B9EECD<br>File Hash:<br>87A3560EDE4DAED401179D0B2BC5EF23E741AE1C4B05EECBEFE1B05789D66D14 | 04-02-2023 15:06:18 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 6 | Info Hash: 7AE8134085E50AC4D2F877ADF5004A44CE65BCFE<br>File Hash:<br>14CE4C502F90353FF781403F7F69DB6D7B242C69A1206B88946A13BEFDB86C61 | 03-28-2023 21:57:53 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 7 | Info Hash: EB4A9DF936FDE36CD9D8E2947C44B32F735F7A76<br>File Hash:<br>F251819BD9ED6875E59A282628E5585C935471AF568355DE9EEC390A3A8889AF | 03-27-2023 03:51:17 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 8 | Info Hash: B1D2CE1C12DD299D4C4746CA986BB4AB65FFD52D<br>File Hash:<br>08D68414DB8CE56E0E2B9DD81A16A3F1C07FCD452EE42EADAB5229E0F0D4391C | 03-05-2023 15:42:41 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 9 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash:<br>343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02-27-2023 16:04:50 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 10 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash:<br>FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 02-27-2023 15:00:26 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 11 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash:<br>CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 02-24-2023 14:33:00 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4E8A6F53301141CCD9FF05FDB3BDE1B81B343863<br>File Hash: C2F9924C4E647C4D97CEE555ADD3EB04C8B60C657E747D4E7E332AE832EF06CA | 02-20-2023 23:30:08 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 13 | Info Hash: BA96E0B5B972B5E2BF1B8CA350B5E650FE4A28ED<br>File Hash: 5C3E98369E4A663C67579CEE0B6618B6539F9F38CA8B717196FD2AFA56F731C2 | 02-19-2023 15:10:22 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 14 | Info Hash: 73842FA95F10B6EFAD61DB107A731D1E9EF38A13<br>File Hash: E7284236B734287E464C7A267A0071B39B2D1C6ABC30DFE10F67E126B75CB849 | 02-13-2023 04:32:47 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 15 | Info Hash: 90E58A7E8843333A2806ECE4B18498C2FA66A2CB<br>File Hash: 976279C08F9B1ADA3BB1DF2FECA207FBBDC486F48C2A82C21B938B654CBA6803 | 02-08-2023 14:23:55 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 16 | Info Hash: 743B436198D58868EE90DB21DD73E45156E91E69<br>File Hash: 68CAF48F7FAE60974122CFFA222A37ABFC4F3254649FB4BEB1FB67B8C19A452F | 02-06-2023 03:48:35 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 17 | Info Hash: 4197846EE65A17BF75633B3B07DB631C578DC87D<br>File Hash: C3399894A15A3E66141A950F8B3440534742C93C37640A7941FD7ACA0B5D4C5D | 02-03-2023 00:43:18 | Slayed | 08-23-2022 | 09-22-2022 | PA0002378513 |
| 18 | Info Hash: BABEA42AB263D45CAC6CDE28D9FEECEF129EE410<br>File Hash: 349658B254B9C0F9BDF2486AD50DA8A7D3C40463A9959E5D25F0E0B02A6E22CE | 01-29-2023 15:31:39 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 19 | Info Hash: 1E098BFD1E70D59242134EEA731CD2397EEA2DBE<br>File Hash: EF30700ECCCB3617D9A68E2948B72012052401663B228B25829C63CA2EF1E2CA | 01-27-2023 14:18:28 | Slayed | 08-16-2022 | 09-22-2022 | PA0002378429 |
| 20 | Info Hash: DAF08946CC8E9C0865B015FC90652B7FB5E54189<br>File Hash: 4845409CF80BA7F69D2F0973B489CDB7816262721BBADCAAA2723A577F4EEAA3 | 01-17-2023 14:51:55 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 21 | Info Hash: E7DBE00AFA2AA0D254190ED2E7A5376B9042DF00<br>File Hash: BA71272B07322BA290782D8D775FCDAE9031C23990C8EC9AC09EF0F3B9D3B071 | 01-15-2023 15:46:59 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 22 | Info Hash: 00C56C20D92364F6582DFFD455CBECFB42580CEB<br>File Hash: 98FCFFFAD004377A839F752D05E1B458CD0CE36DB3BD98D65545D27F32C477EE | 01-06-2023 16:19:46 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 23 | Info Hash: D4F648C5DBDF8425ED4D5D9E4A19C0928FC7D808<br>File Hash: 4F66A457FCD27460FCA664F79176D57E1DCA734D7CBBC94B9503A1F533D6AE97 | 01-05-2023 22:54:14 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E480F6FC4F93982D07B305510EB73A2867B3ACD5<br>File Hash: 548A8289F6B4B23B023A85080F425EFCCCF0F0BC211DC7E8877665DC685B1787 | 01-05-2023 22:52:19 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 25 | Info Hash: 73FF56417B80001A7B359B7AD950366EA706DF13<br>File Hash: EDBBA2130B528B643297E287CBD82189A1FFD31C0F9FA6A943D45F021911BA7A | 01-05-2023 22:52:19 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 26 | Info Hash: 57D38984B201F44F8712EBFB996E659BB0298148<br>File Hash: D83539C6D18437AECC449DBF1FBC2782151D08C938DB1169AEB616391BD7EA15 | 01-05-2023 22:52:19 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 27 | Info Hash: 6A328AABCF7CDD40C99581F826A9C9C318749BCE<br>File Hash: 7BE314A684BD8C045D306FAF9F04E860583C69C2C94FF76D41BF3B9F0810BE1C | 01-05-2023 22:52:18 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 28 | Info Hash: E0CDE42BEB15AD73597EAB8097EE4A7E0010F954<br>File Hash: A0F2DF5B142210568CAEABDD39207E691EF85D9B250DD39B9C7D3A7DBADCC5EE | 12-26-2022 23:03:34 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 29 | Info Hash: 68B66FB1A2A60C7E782CE630CE9D808491A241B3<br>File Hash: 39B26D15C1A56FDE091BB074D62C2AD36DAC8DAC23A42B0B4E597C4284FA1303 | 12-22-2022 17:07:11 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 30 | Info Hash: 8F9D3A596AF1C39AAA440D4F826E74D61884670F<br>File Hash: 1588347C9067E39D797E9ADF63148F8F32E8F6CA87F28F22301A08A0324A1612 | 12-11-2022 14:53:08 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 31 | Info Hash: 35F44879228811CF9C2110079EA8CD9171E7A611<br>File Hash: 55276562F44CADDD8899A9228D58BC97315ED70D649C5210B42D57DB4C43EB68 | 11-29-2022 15:18:08 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 32 | Info Hash: 72AB5D111570FE8ACF0B01B57B6113F14C350BE1<br>File Hash: 7AA6FFE1965EFE96A343FB510C87FFC969DCA38EB59776332BFA1BB9674B4D82 | 11-29-2022 14:33:27 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |